# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

**SHELIA PURKEY,**

    Plaintiff,

vs.                                         Case Number: 3:12-cv-382

**JEFFERSON COUNTY SCHOOLS,**

    Defendant.

## STIPULATION OF DISMISSAL

COME the parties by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41 and hereby stipulate that the claims against Defendant Jefferson County Schools should be dismissed with prejudice. The parties represent that this action is not subject to Federal Rule of Civil Procedure 23, 66 or any other applicable federal statute prohibiting its dismissal. Each party will bear its own attorney fees and costs, discretionary or otherwise.

This the 11th day of February, 2014

                                          /s/ Arthur F. Knight, III
                                          ARTHUR F. KNIGHT, III, BPR#016178
                                          TAYLOR & KNIGHT, G.P.
                                          800 SOUTH GAY STREET, SUITE 600
                                          KNOXVILLE, TN 37929
                                          865-971-1701
                                          FAX: 865-971-1705
                                          amber@taylorknightlaw.com

s/Jesse Nelson
                                                            Jesse D. Nelson, BPR 025602
                                                            Law Office of Jesse D. Nelson, PLLC
                                                            P.O. Box 22685
                                                            Knoxville, Tennessee 37933
                                                            Phone: 865-383-1053
                                                            Fax: 865 383-1054
                                                            jesse@jessenelsonlaw.com

2